IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELINDA STEVENS PETERS, | |
| Plaintiff, | 4:13-CV-3082 |
| vs. | MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 1-1). The plaintiff's application (filing 1-2) demonstrates that she is eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis (filing 1-1) is granted, and the complaint shall be filed without payment of fees.

2. This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 15th day of April, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge